WYLIE JONES v. STATE.

No. A-1998.    Opinion Filed March 21, 1914.

Appeal from County Court, Kiowa County;
J. W. Mansell, Judge.

Wylie Jones was convicted of violating the prohibitory law, and appeals.    Affirmed.

Rummons & Logan, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM.    Plaintiff in error was convicted of the offense of unlawfully transporting intoxicating liquor.    On the 13th day of November, 1912, in accordance with the verdict of the jury he was sentenced to be confined for thirty days in the county jail and to pay a fine of fifty dollars.    No brief has been filed, nor oral arfiument made.    The Attorney General has filed a motion to affirm for failure to prosecute the appeal.    Which motion is sustained and the judgment of the county court of Kiowa county is hereby affirmed.    Mandate forthwith.

---

J. W. SHOCKEY v. STATE.

No. A-2000.    Opinion Filed March 21, 1914.

Appeal from County Court, Pawnee County;
Geo. E. Merritt, Judge.

J. W. Shockey was convicted of a violation of the prohibitory law, and appeals.    Affirmed.

J. P. Evers, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM.    The plaintiff in error was tried and convicted upon an information which charged the possession of intoxicating liquors, with the unlawful intent to violate provisions of the prohibitory law, and in accordance with the verdict of the jury he was on the 18th day of March, 1913, sentenced to be confined in the county jail for a term of sixty days and to pay a fine of five hundred dollars.    The evidence for the state shows that the defendant was arrested with four boxes of whisky in his possession and fifteen or twenty gunny sacks of liquor in a wagon.    The defendant offered no evidence.    A careful review of the record discloses no reversible error.    The judgment of conviction is therefore affirmed.